# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONY ANTONIO ROMERO, | Case No. 1:26-cv-02083-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| TODD M. LYONS, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 16, 2026, Petitioner filed a petition for writ of habeas corpus, and the following day he filed a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On March 20, 2026, the assigned district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition." (ECF No. 8.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a further brief on the merits of the habeas petition; and

///

///

1

2. Within thirty (30) days of the date of service of Respondents' brief (or the expiration of the time for Respondents to file their brief), Petitioner may file a further brief.

IT IS SO ORDERED.

Dated:   **March 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge