# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JHONY ANTONIO ROMERO,

       Petitioner,

    v.

TODD M. LYONS, et al.,

       Respondents.

Case No. 1:26-cv-02083-KES-SAB-HC

ORDER RE: CASE STATUS AND DENYING MOTION TO EXPEDITE

(ECF No. 11)

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 29, 2026, Petitioner filed the instant motion for status and to expedite the ruling. (ECF No. 11.) The Court is aware of the pendency of this case and will review this matter in due course. There are no other pending deadlines at this time. There are hundreds of habeas petitions presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case and Petitioner's motion to expedite (ECF No. 11) is denied.

IT IS SO ORDERED.

Dated:  **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge