# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONY ANTONIO ROMERO,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | Case No. 1:26-cv-02083-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT OR RECORDING OF JANUARY 30, 2026 BOND HEARING |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In the response, Respondents state that "Petitioner, through counsel, requested a *Rodriguez et al. v. Robbins et al.*, bail hearing, and a hearing was held on January 30, 2026" and attached a copy of the immigration judge's written order. (ECF No. 6 at 2; ECF No. 6-1.) Petitioner asserts that the January 30, 2026 hearing "was conducted under the standard § 1226(a) framework, with the burden placed on Petitioner." (ECF No. 10 at 3.) The Court finds that a transcript and/or recording of the bond hearing would assist the Court in this matter.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a copy of the transcript and/or recording of Petitioner's January 30, 2026 bond hearing.

IT IS SO ORDERED.

Dated: **August 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge